**Order entered January 31, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00632-CV

## JENNIFER PARKS, ET AL., Appellants

## V.

## FORD MOTOR COMPANY, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03411-2021**

## ORDER

Before the Court is appellee's January 28, 2022 unopposed second motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **March 2, 2022**. We caution appellee that further extension requests will be disfavored.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE